IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01881-REB-CBS

RAYMOND E. JACKSON,
    Plaintiff,
v.

JOHN E. POTTER, Postmaster General,
    Defendant.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's "Response to Court's Second Order to Show Cause" (filed May 2, 2007) (doc. # 16).  Pursuant to the Order of Reference dated September 22, 2006 (doc. # 2), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . ."  The court has reviewed the entire case file and the applicable law and is sufficiently advised in the premises.  In light of Plaintiff's Response and the Returns of Service (docs. # 13, # 14, and # 15), IT IS ORDERED that the court's April 17, 2007 Order to Show Cause (doc. # 12) is hereby DISCHARGED without prejudice to Defendants' right to address in the future the timeliness of service of process.

    DATED at Denver, Colorado, this 3rd day of May, 2007.

                                            BY THE COURT:

                                              s/Craig B. Shaffer
                                              United States Magistrate Judge