IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-01881-REB-CBS

RAYMOND E. JACKSON,

    Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint (*doc. no. 35)* is **GRANTED**.  As of the date of this order, the Clerk of Court is instructed to accept for filing, the Amended Complaint and Jury Demand (*doc no. 35-2*) tendered to the court on November 8, 2007.

**DATED:**    November 9, 2007