**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01881-REB-CBS

RAYMOND E. JACKSON,

    Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the **Plaintiff's Motion To Strike Or Deny Defendant's Motion For Summary Judgment Or, In The Alternative**, **Request For Time To Respond** [#47], filed March 21, 2008. The motion is **DENIED**. Plaintiff shall have until **April 4, 2008**, in which to respond to the motion for summary judgment.

    Dated: March 31, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.