**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01881-REB-CBS

RAYMOND E. JACKSON,

    Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the plaintiff's **Unopposed Motion For Leave To File Out of Time** [#53], filed April 7, 2008. The motion is **GRANTED**, and **Plaintiff's Response To Defendant's Motion For Summary Judgment** [#51], and the exhibits attached thereto are accepted for filing.

    Dated: April 8, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.