IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 06-cv-01881-REB-CBS

RAYMOND E. JACKSON,

    Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL,

    Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST
## FOR EQUITABLE RELIEF TO BE INCLUDED IN THE JUDGMENT

**Blackburn, J.**

The matter before me is **Plaintiff's Unopposed Request for Equitable Relief To Be Included in the Judgment** [#86], filed June 4, 2008. The motion is well taken and unopposed. I grant the motion.

Following a three-day trial, a jury returned a verdict in favor of plaintiff on each of his three claims under Title VII and awarded him damages in the amount of $200,000. Consistent with the law of this circuit, the jury was instructed not to consider the issue of backpay in considering an award of damages. The evidence at trial established that plaintiff lost approximately $200 in pay when he was denied the right to case the mail on route 105 during Patrick Selix's vacation in October, 2005. The jury's verdict confirmed that this action constituted a violation of Title VII. In addition, prejudgment interest on an award of backpay is an element of complete compensation. *See Loeffler v. Frank*, 486 U.S. 549, 558, 108 S.Ct. 1965, 1971, 100 L.Ed.2d 549 (1988). Moreover, defendant does not object to the inclusion of such an award in the final judgment.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Unopposed Request for Equitable Relief To Be Included in the Judgment** [#86], filed June 4, 2008, is **GRANTED**; and

2. That when final judgment is entered, it **SHALL INCLUDE** an award of $200.00 in backpay, plus prejudgment interest from October, 2005, until the date judgment enters.

Dated June 11, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**