# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 06-cv-01881-REB-CBS

RAYMOND E. JACKSON,

    Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL,

    Defendants.

---

## MINUTE ORDER[1]

---

The matters before the court are: (1) defendant's **Motion For Reconsideration For Extension of Time To File Response To Motion For Attorney's Fees** [#100], filed July 11, 2008, and **Plaintiff's Unopposed Motion For Extension of Time** [#104] filed July 13, 2008. After reviewing the motions, the court has concluded that both motions should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion For Reconsideration For Extension of Time To File Response To Motion For Attorney's Fees** [#100], filed July 11, 2008, is **GRANTED**. Defendant shall have until **August 8, 2008**, in which to file a response to the motion for attorney fees; and

2. That **Plaintiff's Unopposed Motion For Extension of Time** [#104] filed July 13, 2008, is **GRANTED**. Plaintiff shall have until **August 8, 2008**, in which to file responses to Defendant's Renewed Motion for Judgment as a Matter of Law [#94], Defendant's Motion for a New Trial [#95], and Motion for Remittitur [#96].

Dated: July 14, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.