**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01881-REB-CBS

RAYMOND E. JACKSON,

    Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on plaintiff's **Request For Leave To File Out of Time** [#113] filed August 11, 2008. The motion is **GRANTED**. **Plaintiff's Response To Defendant's Motion For Remittitur** [#111] is accepted for filing.

    Dated: August 12, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.