IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 06-cv-01881-REB-CBS

RAYMOND E. JACKSON,

    Plaintiff,

v.

JOHN E. POTTER,
Postmaster General,
United States Postal Service,

    Defendant.

## ORDER ON JOINT STIPULATION AS TO PLAINTIFF'S MOTION FOR SUPPLEMENTAL ATTORNEYS FEES AND EXPENSES

**Blackburn, J.**

The matters before the court are (1) **Plaintiff's Motion for Supplemental Attorneys Fees and Expenses** [#124], filed December 5, 2008; and (2) the parties' **Joint Stipulation as to Plaintiff's Motion for Supplemental Attorneys Fees and Expenses** [#125], filed December 18, 2008. Having reviewed the file and considered the motion and stipulation, I find and conclude that the motion should be granted on the terms proposed by the parties in their stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion for Supplemental Attorneys Fees and Expenses** [#124], filed December 5, 2008, is **GRANTED** in part consistent with the **Joint Stipulation as to Plaintiff's Motion for Supplemental Attorney Fees and Expenses** [#125], filed December 18, 2008, and the following orders;

2. That in addition to the attorney fees and expenses granted by my **Order Re: Plaintiff's Motion for Attorneys Fees and Expenses** [#123] entered November 26, 2008, plaintiff is **AWARDED** the following amounts:

    a. Supplemental attorney fees in the amount of $27,000.00 pursuant to 42 U.S.C. §2000e-5(k); and

    b. Supplemental expenses in the amount of $1,107.69 pursuant to 42 U.S.C. §2000e-5(k); and

3. That the motion is **DENIED** otherwise.

Dated December 19, 2008, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**